UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BALTAZAR MALDONADO QUINTADOR,

    Petitioner,

vs.

WARDEN SPEARMAN,

    Respondent.

No. C 14-2902 NJV (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner challenges a conviction obtained in the Ventura County Superior Court in 2000. Ventura County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated in the Northern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and Petitioner was convicted in Ventura County, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: July 17, 2014.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\HC.14\Quintanor2902.trn.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BALTAZAR MALDONADO QUINTADOR,<br><br>  Petitioner,<br><br>v.<br><br>WARDEN SPEARMANl,<br><br>  Respondent._____/ | No.1:14-CV- 2902 NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on July 17, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Baltazar Maldonado Quintanor
P-94720
Correctional Training Facility, North
RB-319
P.O. Box 705
Soledad, CA 93960-0705


            /s/  *Linn Van Meter*
            Linn Van Meter
            Administrative Law Clerk to the
            Honorable Nandor J. Vadas