**ENTERED**
CLERK, U.S. DISTRICT COURT
December 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

**JS-6/ENTER**

**FILED**
CLERK, U.S. DISTRICT COURT
December 4, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BALTAZAR MALDONADO QUINTANOR,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>SPEARMAN (Warden),<br><br>　　　　　　Respondent. | Case No. CV 14-5570-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: December 2, 2014

_____
JOSEPHINE L. STATON
United States District Judge